UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| MATTRESS DIRECT, INC. and MATTRESS DIRECT OF NEW ORLEANS, INC.<br><br>*Plaintiffs,*<br><br>THE NORTHERN INSURANCE COMPANY OF NEW YORK and SOUTHERN INSURANCE COMPANY<br><br>*Defendant.* | CIVIL ACTION  3:19-cv-00883<br><br>DISTRICT JUDGE:<br>JOHN W. DEGRAVELLES<br><br>MAG. JUDGE:<br>RICHARD L. BOURGEOIS, JR. |

## **NOTICE OF SETTLEMENT**

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant, Southern Insurance Company, by and through undersigned counsel, respectfully files this Notice of Settlement to notify the Court that Plaintiffs, Mattress Direct, Inc. and Mattress Direct of New Orleans, Inc., and Defendant, Southern Insurance Company, have agreed to settle Plaintiffs' claims against Southern Insurance Company only in the above-captioned matter.

The claims by Plaintiffs against Northern Insurance Company of New York have not been settled.

Date:  March 31, 2021

[SIGNATURE BLOCK ON NEXT PAGE]

Respectfully submitted:

**LEWIS BRISBOIS BISGAARD & SMITH, LLP**

  /s/ Meredith A. Mayberry
MEREDITH A. MAYBERRY, T.A. (28958)
JAMES W. HAILEY, III (23111)
RACHAL CHANCE KRAMAR (31358)
400 Poydras Street, Suite 1300
New Orleans, Louisiana 70130
Telephone:  504-322-4100
Facsimile:   504-754-7569
***Counsel for Defendant, Southern Insurance Company***

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on all parties of record via the CM/ECF filing system on March 31, 2021 in accordance with the Federal Rules of Civil Procedure.

/s/ Meredith A. Mayberry
MEREDITH A. MAYBERRY