UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MATTRESS DIRECT, INC. <br> AND MATTRESS DIRECT <br> OF NEW ORLEANS, INC. | * <br> * <br> * <br> * | CIVIL ACTION NO: <br> NO. 19-883-JWD-RLB |
| VERSUS | * <br> * | JUDGE JOHN. W. DEGRAVELLES |
| THE NORTHERN INSURANCE <br> COMPANY OF NEW YORK AND <br> SOUTHERN INSURANCE COMPANY | * <br> * <br> * | MAGISTRATE JUDGE <br> RICHARD L. BOURGEOIS, JR. |

## VOLUNTARY MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come plaintiffs, MATTRESS DIRECT, INC. and MATTRESS DIRECT OF NEW ORLEANS, INC., who having resolved all claims against all parties, request that the Court dismiss this suit, with prejudice, each party to bear its own costs.

Baton Rouge, Louisiana, this _____ day of _____, 2021.

RESPECTFULLY SUBMITTED,

By: /s/ John Stone Campbell III
John Stone Campbell III (#23674)
**TAYLOR, PORTER, BROOKS & PHILLIPS, LLP**
450 Laurel Street, 8th Floor (70801)
P. O. Box 2471
Baton Rouge, LA 70821-2471
Telephone: (225) 387-3221
Facsimile: (225) 346-8049